# GETMAN, SWEENEY & DUNN, PLLC

Getman, Sweeney, & Dunn PLLC
260 Fair Street
Kingston, NY 12401
845-255-9370
Fax 845-255-8649
www.getmansweeney.com

February 19, 2021

VIA ECF

Honorable Ronnie Abrams
United States District Judge
United States District Court
Southern District of New York
40 Foley Square, Rm. 2203
New York, NY 10007

Re:     *Adams v. Bloomberg L.P.*, Case No. 1:20-cv-07724-RA

Dear Judge Abrams,

I am counsel for Plaintiff in this case. Currently pending before the Court is Plaintiff's motion for an order to conditionally certify her Fair Labor Standards Act (FLSA) claims and issuance of notice to other similarly situated employees of the Defendant. Dkt. 15. For the sake of judicial efficiency and clarity of the record, Plaintiff now moves to withdraw the motion for conditional certification without prejudice so that the parties can engage in a brief period of pre-certification discovery.

Defendants does not oppose Plaintiff withdrawing the motion for conditional certification without prejudice; however, Defendant does not agree to toll the claims of the FLSA class. Upon renewing the motion for conditional certification at the close of pre-certification discovery, Plaintiff intends to assert that the claims of the FLSA class should be tolled as of September 18, 2020.

The parties anticipate submitting a joint discovery plan pursuant to Rule 26(f) for the Court's approval by February 26, 2021.

Respectfully submitted,

*/s/Artemio Guerra*
Artemio Guerra
*Attorney for Plaintiff*

Cc: Terri L. Chase, Attorney for Defendant

Application granted. The Clerk of Court is respectfully directed to terminate the motion pending at Dkt. 15.

SO ORDERED.

Hon. Ronnie Abrams
02/22/2021