# JONES DAY

250 VESEY STREET • NEW YORK, NEW YORK 10281.1047

TELEPHONE: +1.212.326.3939 • FACSIMILE: +1.212.755.7306

Direct Number: (305) 714-9722
tchase@JonesDay.com

February 26, 2021

<u>VIA ECF</u>

The Honorable Ronnie Abrams
United States District Judge
United States District Court for the
Southern District of New York
40 Foley Square, Rm. 2203
New York, NY 10007

Re:   <u>Adams v. Bloomberg L.P., No. 1:20-cv-07724-RA</u>

Dear Judge Abrams:

On behalf of Defendant Bloomberg L.P., we write to notify Your Honor that the parties anticipate submitting a joint discovery plan pursuant to Rule 26(f) for the Court's approval by March 5, 2021.  The parties originally anticipated submitting the Rule 26(f) joint discovery plan on February 26, 2021.  The parties have met and conferred on the Rule 26(f) joint discovery plan and have made significant progress, and agree that an additional week is needed to finalize the Rule 26(f) joint discovery plan.

We appreciate Your Honor's attention to this matter.

Respectfully submitted,

<u>s/ Terri L. Chase</u>

Terri L. Chase

cc:   Artemio Guerra
      Attorney for Plaintiff

Application granted.

SO ORDERED.

Hon. Ronnie Abrams
03/01/2021

AMSTERDAM • ATLANTA • BEIJING • BOSTON • BRISBANE • BRUSSELS • CHICAGO • CLEVELAND • COLUMBUS • DALLAS • DETROIT
DUBAI • DÜSSELDORF • FRANKFURT • HONG KONG • HOUSTON • IRVINE • LONDON • LOS ANGELES • MADRID • MELBOURNE
MEXICO CITY • MIAMI • MILAN • MINNEAPOLIS • MOSCOW • MUNICH • NEW YORK • PARIS • PERTH • PITTSBURGH • SAN DIEGO
SAN FRANCISCO • SÃO PAULO • SAUDI ARABIA • SHANGHAI • SILICON VALLEY • SINGAPORE • SYDNEY • TAIPEI • TOKYO • WASHINGTON