USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ______________
DATE FILED: 8/17/2026

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

SHEENA ADAMS, both individually and on behalf of all other similarly situated persons,

Plaintiffs,

v.

BLOOMBERG L.P.,

Defendant.

Case No.: 1:20-cv-07724-RA

NOTICE OF WITHDRAWAL OF COUNSEL

PLEASE TAKE NOTICE that effective immediately attorney Sandra Jonas respectfully moves to withdraw her pro hac vice appearance as counsel for Plaintiffs in this case due to her departure from HKM Employment Attorneys LLP. Please note that attorneys Artemio Guerra and Meagan Rafferty from HKM Employment Attorneys LLP continue to represent Plaintiffs in this matter.

By electronically filing this notice with the Southern District of New York using the CM/ECF system, all attorneys who have noticed an appearance in this case have been notified.

Dated: August 14, 2026

Respectfully Submitted,

*/s/ Sandra L. Jonas*

Sandra L. Jonas
HKM Employment Attorneys, LLP.
1 North 1st St, Suite 711
Phoenix, AZ 85004
Tel: 480-896-2636
sjonas@hkm.com

This notice is ineffective for failure to comply with Local Rule 1.4, which requires, inter alia, a motion and service upon the client.

**SO ORDERED.**

August 17, 2026
New York, New York

Henry J. Ricardo
United States Magistrate Judge